David R. LeBeouf (SBN: 99403)
LAW OFFICES OF DAVID R. LeBEOUF
5250 Claremont Avenue, Suite 246
Stockton, CA 95207
Telephone: (209) 472-3440
Facsimile: (209) 472-3448

Attorneys for Defendant, DANIEL LOPEZ MARTINEZ

**FILED**

APR - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No: S-05-495-MCE
        Plaintiff,                  )
                                    )
v.                                  )   **STIPLATION AND
                                    )        ORDER**
DANIEL LOPEZ MARTINEZ,              )
                                    )
        Defendant.                  )
_____)

c/EJG

It is hereby stipulated between the parties, plaintiff, United States of America, by and through United States Attorney, McGregor W. Scott and Assistant United States Attorney, Phillip A. Talbert, and defendant, Daniel Lopez Martinez, through his attorneys, David R. LeBeouf and Michael Platt, as follows:

It is agreed that the current Status Conference date of April 7, 2006 be vacated and a new Status Conference date of May 19, 2006 at 10:00 a.m. be set.

The continuance of the status conference is necessary because the defendant's attorneys need additional time to review discovery provided by the government; the parties are continuing to engage in discussions toward a possible resolution of the case;

1

Mr. Platt is involved in a murder trial that will continue through April 7, 2006; and Mr. LeBeouf was called back to the East Coast on April 5, 2006 on a family emergency.

Accordingly, the parties jointly request a new status conference date and that the time period from April 7, 2006 to and including May 19, 2006 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and Local Code T4 for defendant preparation and based on a finding by the court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Date: April 5, 2006                                         Respectfully submitted,

                                                            /s/ Michael Platt
                                                            MICHAEL PLATT,
                                                            Attorney for Defendant,
                                                            DANIEL LOPEZ MARTINEZ

Date: April 5, 2006                                         McGREGOR W. SCOTT
                                                            United States Attorney

                                                            /s/ Phillip A. Talbert
                                                            PHILLP A. TALBERT,
                                                            Assistant U. S. Attorney
                                                            Attorney for Plaintiff
                                                            By MP per telephone authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: Apr 6, 2006                                           EDWARD J. GARCIA,
                                                            United States District Judge